UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re                                                              Chapter 11

    BRASSERIE FELIX INC.,                          Case No. 20-40362-ess
    dba FELIX,

                     Debtor.
----------------------------------------------------------------x

## ORDER SCHEDULING HEARING ON THE DEBTOR'S REQUEST FOR SHORTENED NOTICE AND MOTION TO DISMISS

WHEREAS, on January 21, 2020, Brasserie Felix Inc. filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code; and

WHEREAS, on June 19, 2020, the Debtor filed a Motion Pursuant to 11 U.S.C. § 112(b) to dismiss this Chapter 11 case (the "Motion to Dismiss") and a request to shorten the notice period for a hearing on the Motion to Reimpose the Automatic Stay, and stating cause to shorten the notice period of the hearing on the Motion to Reimpose Automatic Stay (the "Request for Shortened Notice").

NOW, THEREFORE, it is hereby

ORDERED, that the Court will hold a hearing on the Request for Shortened Notice and the Motion to Dismiss on June 26, 2020, at 10:00 a.m., before the Honorable Elizabeth S. Stong, in Courtroom 3585, United States Bankruptcy Court, 271-C Cadman Plaza East, Brooklyn, NY 11210; and it is further

ORDERED, that the Debtor is directed to serve this Order, the Request for Shortened Notice, and Motion to Dismiss upon which it is based upon the Office of the United States Trustee, counsel to the labor creditors, Justin Cilenti, Esq., and the landlord of Brasserie Felix

Inc. via e-mail to be received by June 19, 2020, at 6:00 PM and via overnight express mail to be received by June 22, 2020 at 12:00 p.m.; and it is further

ORDERED, that the Debtor is directed to serve this Order via first class mail upon the remaining creditors by June 22, 2020; and it is further

ORDERED, that any party who does not receive a full set of motion papers can obtain them by contacting Debtors' counsel by email, Morrison Tenenbaum PLLC, attn: Brian J. Hufnagel, Esq. at bjhufnagel@m-t-law.com; and it is further

ORDERED, that the Debtor is directed to file proof of service by 12:00 p.m. on June 24, 2020; and it is further

ORDERED, that opposition to the Request for Shortened Notice and the Motion to Dismiss may be stated at the June 26, 2020 hearing, and the Court may set a schedule for the filing of written opposition at that hearing.

Dated: Brooklyn, New York  
June 19, 2020

Elizabeth S. Stong  
United States Bankruptcy Judge